QUIN DENVIR, Bar #49374
Federal Defender
VICTOR M. CHAVEZ, Bar #113752
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California  93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
CHAN R. DYLAN OAK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CR-F-03-5433 AWI |
| Plaintiff, | ORDER GRANTING PETITION FOR EARLY TERMINATION OF PROBATION |
| v. | |
| CHAN R. DYLAN OAK, | Judge: Hon. Anthony W. Ishii |
| Defendant. | |

Having read defendant's unopposed petition for early termination of probation, and good cause appearing, **IT IS HEREBY ORDERED** that defendant's petition **IS GRANTED**. The 24-month term of probation imposed on July 26, 2004, is hereby terminated.

IT IS SO ORDERED.

**Dated:   July 25, 2005**          /s/ Anthony W. Ishii
0m8i78                              UNITED STATES DISTRICT JUDGE